# United States District Court

WESTERN DISTRICT OF WASHINGTON

LINDA D. PRICE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5315BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

Defendant's decision that Price no longer continued to be disabled as of May 1, 2006 is **AFFIRMED**; and

This action is **DISMISSED**.

| | |
|---|---|
|   June 17, 2011   |   WILLIAM M. McCOOL   |
| Date | Clerk |
| |   *s/CM Gonzalez*   |
| | Deputy Clerk |